[No. 37950-3-II.   Division Two.   June 23, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. HARLAND DENIS WILSON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 08-1-00587-9, Robert A. Lewis, J., entered June 18, 2008. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton and Quinn-Brintnall, JJ.

[No. 38091-9-II.   Division Two.   June 23, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. N.G., *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 08-8-00115-6, Tracy Loiacono Mitchell, J. Pro Tem., entered July 1, 2008. *Reversed* and *remanded* by unpublished opinion per Hunt, J., concurred in by Houghton and Quinn-Brintnall, JJ.

[No. 38518-0-II.   Division Two.   June 23, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. BRENT J. ROSIE, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 08-1-00321-3, Toni A. Sheldon, J., entered October 20, 2008. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton and Quinn-Brintnall, JJ.

[No. 38797-2-II.   Division Two.   June 23, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES S. WEGE, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 03-1-01642-3, Gary R. Tabor, J., entered April 5, 2005. *Reversed* and *remanded* by unpublished opinion per Penoyar, A.C.J., concurred in by Houghton and Hunt, JJ.